The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LIPPONEN; MATTHEW WYATT; JOHN DOE 1, as personal representative of the ESTATE OF JAMES REHA; JOHN DOE 2, as personal representative of the ESTATE OF MONIC LASHAYE SWAN; WAYMON EUGENE SWAN; ALLEYCAT TACOMA LLC, a Washington limited liability company; JOHN REHA; PATRICIA REHA; and DOES 3-50,<br><br>Defendants. | No. 3:25-cv-05060-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF COUNTRY MUTUAL INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT |

THIS MATTER came before the Court on Plaintiff Country Mutual Insurance Company's Motion for Entry of Default Judgment, Dkt. #47 ("Motion"), against Defendants the Estate of James Reha, John Reha, and Patricia Reha, under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55(b)(2). The Motion was made on the grounds that these Defendants had failed to appear, answer, or otherwise defend in this action and that the Clerk of the Court had entered an Order of Default against these Defendants. Dkt. #46.



CLYDE & CO US LLP
401 Union, Suite 1400
Seattle, Washington 98101
Tel: (206) 346-3942

The Court, having reviewed the Motion, the accompanying Declaration (Dkt. #48), the exhibits, and the pleadings and other papers on file, and finding that the Defendants the Estate of James Reha, John Reha, and Patricia Reha are not infants, incompetent, or in military service, hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Motion is GRANTED;
2. Default Judgment is hereby ENTERED against Defendants the Estate of James Reha, John Reha, and Patricia Reha; and
3. It is further ORDERED that Defendants the Estate of James Reha, John Reha, and Patricia Reha are not entitled to recover any portion of the proceeds of Country Mutual Insurance Company policy number AM 9289954 04 issued to Alleycat Tacoma LLC for the period September 15, 2023, to September 15, 2024.

**IT IS SO ORDERED**

Dated this 19th day of October, 2026.

JAMES L. ROBART
United States District Judge

***Presented by:***

CLYDE & CO US LLP

*/s/ Matthew Munson*
Matthew Munson, WSBA #32019
*Attorneys for Plaintiff*